UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TERRY CALZARETTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant, | ) ED CV 13-0212-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: September 24, 2013

　　　　　　　　　　　　　　　　　　　/s/ Stephen J. Hillman
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEPHEN J. HILLMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE