UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TERRY CALZARETTA, | ) ED CV 13-0212-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant, | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: September 24, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE